**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2001**

---

WALTER SCHUMACHER, an individual,

Plaintiff - Appellant,

versus

SWAIN COUNTY, a North Carolina body politic;
BRENDA BREWER, an individual; STEVE CLOER, an
individual; J. FRANK LAY, an individual;
ANGELA DOTSON; BOBBY DOTSON, a wife and hus-
band; VEVELYN COLE HARRIN; BOYD HARRIN, wife
and husband; JOHN DOES 1-X; JANE DOES 1-X;
BLACK AND WHITE PARTNERSHIPS 1-X; ABC CORPORA-
TIONS, 1-X,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Bryson City. Lacy H. Thornburg, Dis-
trict Judge. (CA-99-67-2)

---

Submitted: September 9, 1999      Decided: September 14, 1999

---

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Walter Schumacher, Appellant Pro Se.  Angela Dotson, Bobby Dotson, Vevelyn Harrin, Boyd Harrin, Appellees; Alison Raney Bost, WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina; Mark John Pletzke, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Schumacher appeals the district court's judgment dismissing his civil rights complaint for failing to state a claim. We have reviewed the record and the district court's memorandum and order and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Schumacher v. Swain County</u>, No. CA-99-67-2 (W.D.N.C. May 24, 1999).  We deny Schumacher's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>